

# NUMBER 13-21-00235-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE PETER MICHAEL BUFFA

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Longoria, Hinojosa, and Tijerina
### Order Per Curiam

Relator Peter Michael Buffa has filed a petition for writ of mandamus seeking to compel the trial court to vacate an "Order Clarifying and Granting Judgment" on grounds that the case had been nonsuited. Relator has a related appeal pending in this Court in our appellate cause number 13-21-00171-CV.

The Court requests that the real party in interest, Elisa Silva Buffa, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this

order. *See* Tex. R. App. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
2nd day of August, 2021.

2